1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SERVANDO ANTONIO-APOLINAR
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00076-KES-EPG
12 |        Plaintiff,         | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**
13 | vs.                       |
14 | SERVANDO ANTONIO-APOLINAR,| Date:  January 5, 2026
   |                           | Time:  9:30 a.m.
15 |        Defendant.         | Judge: Hon. Kirk E. Sherriff

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Servando Antonio-Apolinar, that the Court may vacate

20 the status conference currently scheduled for January 14, 2026, at 1:00 p.m. and set a change-of-

21 plea hearing on January 5, 2026, at 9:30 a.m.

22         The parties agree and request that the Court make the following findings:

23         1.     Mr. Antonio-Apolinar intends to enter an open plea. An Application for

24 Permission to Enter Plea of Guilty will be filed concurrently with this stipulation.

25         3.     The parties therefore request that the Court vacate the January 14, 2026 status

26 conference and set a change-of-plea on January 5, 2026, at 9:30 a.m.

27         4.     Time has previously been excluded through January 14, 2026.

28 ///

1  **IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: December 22, 2025        */s/ Cody S. Chapple*
CODY S. CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 22, 2025        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
SERVANDO ANTONIO-APOLINAR

# O R D E R

The status conference currently scheduled for January 14, 2026, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for January 5, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   **December 22, 2025**                    /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE